■ Xiu Jian Sun, Appellant, v William Yeung et al., Respondents. [17 NYS3d 660]—Appeal by the plaintiff, as limited by his brief, from so much of an order of the Supreme Court, Queens County (Pineda-Kirwan, J.), dated July 22, 2014, as granted that branch of the defendants' unopposed motion which was to dismiss the complaint.

Ordered that the appeal is dismissed, without costs or disbursements, as the plaintiff is not aggrieved by the portion of the order appealed from (*see* CPLR 5511).

The plaintiff is not aggrieved by the portion of the order appealed from, as he did not submit opposition to the defendants' motion to dismiss the complaint (*see* CPLR 5511; *Janiak v Ewall*, 88 AD3d 849, 850 [2011]; *Ponce-Francisco v Plainview-Old Bethpage Cent. School Dist.*, 83 AD3d 683, 684 [2011]). Thus, the appeal must be dismissed. Mastro, J.P., Leventhal, Duffy and Barros, JJ., concur.